UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Western Division

John Birtell, et al.
                                  Plaintiff,
v.                                                           Case No.: 3:21−cv−50136
                                                             Honorable Iain D. Johnston
The United States of America
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 4, 2024:

    MINUTE entry before the Honorable Iain D. Johnston: Movant GWC Injury Lawyers, LLC's petition for fees [117] is denied without prejudice. The petition does not address what jurisdiction this Court has to entertain a request for fees under the doctrine of quantum meriut from an attorney that does not presently represent the client, though Elustra v. City of Chicago, 696 F.3d 690, 694 (7th Cir. 2012), suggests that it might. But the Court need not resolve the issue of jurisdiction at this time because the petition does not explain why it is being brought now, while the case is stayed and discovery is not yet completed, which would leave the petition to languish on the Court's docket for the foreseeable future. Nothing in the petition suggests that the plaintiff and both former and current counsel have conferred on this issue. They should do so before raising the issue again. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.